# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| TENEAH PEREZ | : | |
| | : | |
| *Plaintiff* | : | |
| | : | CIVIL ACTION |
| v. | : | NO. 1:25-cv-01692-KAS |
| | : | |
| DONOVAN SERAFINO | : | |
| and | : | |
| CITY OF GREELEY | : | |
| | : | |
| *Defendants* | : | |

### NOTICE OF PARTIAL DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Teneah Perez hereby dismisses this action without prejudice as to Defendant City of Greeley only.

DATE: July 9, 2025

s/ Richard M. Wiener
Richard M. Wiener, Esquire
CO Attorney ID No. 39962
Law Offices of Richard M. Wiener, LLC
161 Washington Street, Suite 400
Conshohocken, PA 19428
Ph: (610) 832-8050
Fx: (610) 487-0300
Email: rwiener@wienerlegal.com